# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Joshua Glenn McRavion

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** 5:18-cv-00053-FDW |
| | ) | |
| Tiffany Gentry Cline et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)* MICHA J. SANDERSON
LINCOLN COUNTY COURTHOUSE
BOX 8
LINCOLNTON NC 28092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MR. JOSHUA G. McRAVION #12229
PO BOX 506
LINCOLNTON, NC 28093

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **8/31/2018** _____

_Frank D. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 5:18-cv-00053-FDW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
ADA MICHA S. SANDERSON
was received by me on *(date)* _____.

❏ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

❏ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                              Server's signature

                                               _____
                                                            Printed name and title

                                               _____
                                                              Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Joshua Glenn McRavion

|  |  |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | Civil Action No. 5:18-cv-00053-FDW |
| ) | |
| Tiffany Gentry Cline et al ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)* DENNIS HARRIS
LINCOLNTON CITY POLICE DEPT.
627 EAST MAIN STREET
LINCOLNTON, NC 28092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MR, JOSHUA GLENN MCRAVION #112229
PO BOX 506
LINCOLNTON NC 28043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Date ____8/31/2018____

Frank G. Johns, Clerk
United States District Court

Civil Action No. 5:18-cv-00053-FDW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
DET. DENNIS HARRIS

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏    I returned the summons unexecuted because _____ ; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Joshua Glenn McRavion

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** 5:18-cv-00053-FDW |
| | ) | |
| Tiffany Gentry Cline et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)* TIFFANY GENTRY CLINE
LINCOLNTON CITY POLICE DEPT.
627 EAST MAIN STREET
LINCOLNTON, NC 28092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MR. JOSHUA GLENN MCRAVION # 112224 PO BOX 506 LINCOLNTON, NC 28093

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Date _____ **8/31/2018** _____

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 5:18-cv-00053-FDW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
OFC/DET. TIFFANY GENTRY CLINE
was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                                    Server's signature

                                                         _____
                                                                    Printed name and title

                                                         _____
                                                                    Server's address


Additional information regarding attempted service, etc: