UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-cv-53-FDW

| JOSHUA GLENN MCRAVION, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| TIFFANY GENTRY CLINE, et al., | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant Micah Sanderson's Motion for Protective Order and Stay of Discovery, filed on November 8, 2018. (Doc. No. 31). Defendant Sanderson requests that the Court enter a Protective Order excusing Defendant Sanderson from responding to discovery requests from Plaintiff, and to stay any further discovery as to Defendant Sanderson until the court rules on the Motion to Dismiss filed by Defendant Sanderson on October 30, 2018.

This Court finds that Defendant Sanderson has shown good cause for excusing Sanderson from responding to Plaintiff's discovery requests and that a stay of discovery as to Defendant Sanderson is warranted in this case. Thus, Defendant Sanderson's Motion for Protective Order, (Doc. No. 31), is **GRANTED** and discovery as to Defendant Sanderson is stayed pending the court's ruling on his Motion to Dismiss.

**IT IS SO ORDERED.**

Signed: November 20, 2018

Frank D. Whitney
Chief United States District Judge