# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Joshua Glenn McRavion, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:18-cv-00053-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Dennis Harris | ) | |
| Tiffany Gentry Cline | | |
| Micah J. Sanderson, | | |
| | | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2019 Order.

August 14, 2019

_____

Frank G. Johns, Clerk
United States District Court